UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-04975-FMC-AGRx | Date | October 21, 2009 |
|---|---|---|---|
| Title | Kemal Said Ouederni v. Janet Napolitano et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** TEMPORARY RESTRAINING ORDER TO PREVENT DETENTION/REMOVAL (In Chambers)

This matter is before the Court on Plaintiff's Ex Parte Application for Temporary Restraining Order (docket no. 14), filed on October 21, 2009. With that Application, Plaintiff asks the Court to temporarily enjoin the Immigration Service ("USCIS") proceedings involving Plaintiff. Plaintiff represents that the USCIS orders at issue will become final, rendering Plaintiff removable, today. Accordingly, in order to permit Defendants to file a responsive brief, the Court issues a TEMPORARY RESTRAINING ORDER to preserve the status quo and prevent the detention of, or initiation of removal proceedings against, Plaintiff until further order of the Court.

Defendants' responsive brief is to be filed not later than October 23, 2009. Any reply is to be filed by Plaintiff not later than October 27, 2009.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |